NUMBER 13-08-496-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

IN RE: SOPHIA M. ORTIZ


____________________________________________________________


On Petition for Writ of Mandamus and


Motion for Emergency Temporary Relief

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Yañez and Benavides


Memorandum Opinion Per Curiam



 On September 4, 2008, relator, Sophia M. Ortiz, filed a petition for writ of mandamus
in which she requests this Court to direct the Respondent, the Honorable Benjamin Euresti,
presiding judge of the107th District Court in Cameron County, Texas, to vacate his August
14, 2008 order setting aside his own temporary orders issued earlier in the day on August
14. Relator also filed a Motion for Emergency Relief, in which she requests this Court to
set aside the August 14, 2008 order of which she complains.

 The Court, having considered the petition for writ of mandamus and documents on
file, is of the opinion that the petition for writ of mandamus should be denied.


 Relator's petition for writ of mandamus is hereby DENIED. Relator's Motion for
Emergency Temporary Relief is also DENIED.

 PER CURIAM


Justice Benavides, dissenting without separate opinion, would have requested a response
to the petition for writ of mandamus. See Tex.R.App.P. 52.8(b)(1).


Memorandum Opinion delivered and

filed this the 8th day of September, 2008.